**FILED**
8/3/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ladarren Ball

RECEIVED
JUL 0 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.   Case No: 16-CV-2606
(To be supplied by the Clerk of this Court)

Officer, #10156 Keany, AE (Pcou012)
Officer, #15759 Lopez, J (Pcox141)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**       **AMENDED COMPLAINT**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: LAdarreN BAll

   B. List all aliases: NONE

   C. Prisoner identification number: 20151004117

   D. Place of present confinement: Cook County Jail

   E. Address: 2650 S. California Ave, Chicago Ill 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: #10156 Keany, HE (Pcou012)

   Title: Chicago Police detective

   Place of Employment: City of Chicago - Belmont & Western

   B. Defendant: #15739 Lopez, J (Pcox141)

   Title: Chicago Police detective

   Place of Employment: City of Chicago - Belmont & Western

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: NONE

   B. Approximate date of filing lawsuit: NONE

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

   D. List all defendants: NONE

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

   F. Name of judge to whom case was assigned: NONE

   G. Basic claim made: NONE

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

   I. Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Oct, 2, 2015 - my Name is LAdarren BAll and I'm a victim of an investigative Alert. The Chicago Police at Belmont & Western violated my constitutional rights as a citizen. I was not committing no crime when I was arrested. I Mr. LAdarren BAll was arrested at 206 N. Leamington Chicago, Ill 60624 2nd fl, without a warrant from Illinois. The city of Chicago Department of Police at 3510 south michigan Avenue, Chicago Ill, 60653, would not give me the detectives name or star number. I finally got the detectives name and star number. My lawyer informed me that the belmont & western Police department in Chicago had an active investigative Alert out for me. Which is not a warrant issue by the Judge. October, 2, 2015 at Approximately 5:00 pm. I Mr. LAdarren BAll was at my address at 206 N. Leamington Chicago, Ill, 60624 whom I

share with my girlfriend Ms. Alicia A. Ken. The Detectives, Keany, A E star number # 10156 and Detectives, Lopez, J star number # 15739 was knocking on All of my family members doors questioning them of my whereabouts. when my grandmother Amanda Ball and Aunt Taveda Ball told Detectives Mr. Keany & Lopez that I do not live at they residence and they do not know where I was at. The Two detectives was threaten my grandmother telling her. If she doesn't tell them where I live they will come back with a warrant and tear her things Apart. My grandmother was petrify by the accusation the Dectectives was making against her which was she knew where I was and she knew I lived at her residence. I Never resided at my grandmother home. I guess Once the two dectectives figure out where I live they came to my home masquarde as local Cable men Knocking on the door which my little brother Martin Caldwell Jr, age 20 at the time ask "who is it" and Dectective Keany & Lopez stated do you want free cable for a month"

Revised 9/2007

## Statement of claim

my little brother, told them to wait a second. The Police then ask my little brother is Ms. Alicia Aiken home and he said no. my brother came to my room to get me / Mr. Ball and told me it was the cable people at the door. I got out my bed and went to the door. I ask "who it is" Mr. Keany the deativer said cable man, I said "No thank you" we have comcast. Mr. Keany then said the cable would be free for a month." I then said, we cool we don't need cable. The so-call annoy cable guy started to mess with my door knob so I open the door and said what the hell are you doing. That's when the Police detective ask again about my girlfriend Alicia Aiken and I told them she was not here and why was you playing with our door knob? I never received a response to my question. Detective Keany & lopez ask me my name and I said, who Are you and you "manning the two detectives. they ask me my name again, I refuse to give them my name since they would not tell me who they was. so I closed my door back and both detectives broke the door down. We took picture of the door. I was not violating any laws or committed No crimes. Both Detectives tackled me to the floor of my home and "told me my name" I told them to get of me thats when I was unlawful restraint. my little brother ask them what did I do and the Detectives said we want to take him with us for questioning. I said no.

## Statement of claim

The second Detective mr lopez said. you have no choice in the matter" I said" where is your warrant since you broke my door down" the two detetives said you open the door" my brother said you lying, leave my brother alone" the two detetives said" don't get yourself hurt doy because I will kick ass in here'6 I was force out of my home with no shoe's and no shirt in handcuffs I ask what was this All about the two detective's stated Fuck you'6 Now you want to talk? I said" at least tell me why I Am being arrested'6 The detectives said in do time. asshole" I then stop talking to these detetive because they was very hostile. I asked for shoe's, no response. I was forced into a unmark Police suv. The handcuff's was so tight on my wrist. I told the two detective I'm cooperate with them could they unloosen the handcuff a little. The two detetves told me to man up stop crying like a bitch" once on Belmont & western Polce Station. I was cuft to a wall for hours at least 3 hours when they came to talk to me it had to be atleast 8:00pm that when the interrogative started I ask to call my family members, I was told in do time. I was asked do I want to talk to them. I ask them about what the detectives said do you consent to a interview" I said no" I ask for my lawyer. I told them to call my lawyer If you want to ask me questions". Then I asked to use the bathroom and one of the detective said since you being sarcastic piss &

⑤

Statement of Claim

Shit on yourself. I was taking to a holding cell for the night. The next day the same detective came to get me. I told them I have not ate and I was cold. the detective ask me was I ready to talk. I told them If you let me make a phone call and give me something to eat. I will consider it. the detective said "that a negative" and laugh at his joke I never received a phone call. I never received no food. I smell like urine. I was arrested without a warrant. I am being held without probable cause. This is false arrest and false imprisonment. I lost my car, my home, my career, which was a cook/chef my family members have fade away from me. I was told that the "investigative Alert" is not a warrant but I was arrested without probable cause. I was savage torture by the Detectives at Belmont & western Police station because I wanted my lawyer, a phone call, a support system (family) and food and to use the bathroom, it was very cold in a cell with no bed or blanket.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The two detectives # 10156 Keamy, AE and # 15789 lopez, J to be fired. I want to be compensation for the torture 5 million dollars. I lost my Job, my home and most important my family respect. I Am seeking a Phychologist because I have been in vicious fights by gangs. I have had feces thrown on me by other inmates. I've been attacked by other inmates and for belmont & western to be investigated!

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __27__ day of __06__, 20__16__

_____
(Signature of plaintiff or plaintiffs)

__LAdarrea Brall__
(Print name)

__20151004117__
(I.D. Number)

_____
Cook County Jail
2650 S. California Chicago, Ill, 60608
(Address)

# Certificate of service

I, LAdarrex BAll, swear under penalty of perjury that I served a copy of the attached document on, LAdarrex BAll, 2650 S. California, Chicago, Ill, 60608, by placing it in the mail at the Cook County Jail on June, 28, 2016.

Plaintiff X _[signature]_

Date X June, 28, 2016

**"OFFICIAL SEAL"**
S Warren
Notary Public, State of Illinois
My Commission Expires 12/4/2018

SWarren 6/28/16